UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MAMERTO P. CAPIL,                        No. 2:03-cv-0531-MCE-JFM

     Plaintiff,

  v.                                    **ORDER**

DONALD H. RUMSFELD,
Secretary, Department of
Defense,

     Defendant.
_____/

    The Court received a declaration from Assistant United States Attorney, Kendall J. Newman, on January 10, 2006 requesting that this case be dismissed for lack of prosecution.

    The Plaintiff is hereby notified that unless written notification is received by this Court not later than January 27, 2006, this case shall be dismissed in accordance with Federal Rule of Civil Procedure 41(b).

DATE: January 11, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE