UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMERTO P. CAPIL, | No. 2:03-cv-0531-MCE-JFM |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| DONALD RUMSFELD, Secretary of Defense, | |
| Defendant. | |

This matter is set for an Order to Show Cause as to why this matter should not be dismissed for lack of prosecution by the Plaintiff, for Plaintiff's counsel J. Byron Holcomb's failure to file a properly noticed motion to withdraw as attorney of record according to Local Rule 83-182(d), and for the parties failure to file the required Joint Status Report due on or before February 9, 2007.

///
///
///
///
///

1  Plaintiff Mamerto P. Capil, and counsel J. Byron Holcomb and
2 Kendall J. Newman are all ordered to be present for the Order to
3 Show Cause set for March 19, 2007 at 9:00 a.m. in Courtroom 3
4 before the Honorable Morrison C. England, Jr.

5  IT IS SO ORDERED.

Dated: February 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE